FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
1/7/2015 10:53:50 AM
CATHY S. LUSK
Clerk

CHIEF JUSTICE
JAMES T. WORTHEN

CLERK
CATHY S. LUSK

## TWELFTH COURT OF APPEALS

JUSTICES
SAM GRIFFITH
BRIAN HOYLE

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

January 6, 2015

Ms. Carolyn Rains
District Clerk
Houston County
P. O. Box 1186
Crockett, TX 75835
* DELIVERED VIA E-MAIL *

RE:   Case Number:            12-13-00278-CR, 12-13-00279-CR &
                              12-13-00280-CR

      Trial Court Case Number:  12CR-145, 12CR-146, 12CR-147

Style:   Roderick Creag, Sr.
         v.
         The State of Texas

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above causes. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
      Katrina McClenny, Chief Deputy Clerk

CC:   Ms. Donna Gordon Kaspar (DELIVERED VIA E-MAIL)
      Mr. Mark W. Cargill (DELIVERED VIA E-MAIL)

Mandate executed on __7th__ day of __January__, 2015.

Brief explanation of action taken: _duly recognized, obeyed and executed_

_Lisa George, Chief Deputy Clerk_____District/County Clerk